508 A.2d 550

FRATERNAL ORDER OF POLICE, LODGE NO. 5, and
Robert S. Hurst, et al., Petitioners,

v.

CITY OF PHILADELPHIA and Philadelphia Special
Investigation Commission, et al.

Supreme Court of Pennsylvania.

May 8, 1986.

362

Petition for Allowance of Appeal GRANTED, No. 68 E.D.
Appeal Docket 1986.